AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of Colorado

| | |
|---|---|
| United States of America<br>v.<br><br>__MATTHEW SCOTT HOLT__<br>*Defendant(s)* | )<br>)<br>)<br>) Case No.   15-mj-01085-MEH<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief:

### COUNT ONE

On or about and between December 2014 and May 7, 2015, in the State and District of Colorado and elsewhere, MATTHEW SCOTT HOLT, did employ, use, persuade, induce, entice, and coerce a person under the age of eighteen, to wit: "Minor #1," a minor child, to engage in sexually explicit conduct for the purpose of producing any visual depiction of such conduct, which visual depiction was produced using materials that had been mailed, shipped, and transported in interstate and foreign commerce by any means, including by computer, and such visual depiction has actually been transported and transmitted using any means or facility of interstate and foreign commerce and in and affecting interstate and foreign commerce or mailed.
All in violation of Title 18, United States Code, Section 2251(a).

### COUNT TWO

On or about and between December 2014 and May 7, 2015, in the State and District of Colorado and elsewhere, MATTHEW SCOTT HOLT, did employ, use, persuade, induce, entice, and coerce a person under the age of eighteen, to wit: "Minor #2," a minor child, to engage in sexually explicit conduct for the purpose of producing any visual depiction of such conduct, which visual depiction was produced using materials that had been mailed, shipped, and transported in interstate and foreign commerce by any means, including by computer, and such visual depiction has actually been transported and transmitted using any means or facility of interstate and foreign commerce and in and affecting interstate and foreign commerce or mailed.
All in violation of Title 18, United States Code, Section 2251(a).

This criminal complaint is based on these facts:

////

AO 91 (Rev. 11/11) Criminal Complaint

See Affidavit attached hereto and herein incorporated by reference.

*s/Tina Fourkas*
*Complainant's signature*

Tina Fourkas, Special Agent, FBI
*Printed name and title*

Sworn to before me, and: ☐ subscribed in my presence
X submitted, attested to, and acknowledged by reliable electronic means.

Date: **14 May 2015**

*Judge's signature*

City and state: Denver, Colorado

Michael E. Hegarty, U.S. Magistrate Judge
*Printed name and title*